

# Missouri Court of Appeals
## Southern District

**AUGUST 27, 2014**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b).

1.    Case No.  SD32978

      Re:    STATE OF MISSOURI,
            Plaintiff-Respondent,
            v.
            KEITH A. PETERSON,
            Defendant-Appellant.